### UNITED STATES of America, Plaintiff–Appellee

v.

### Maximiano SANTIAGO–CRUZ, Defendant–Appellant.

### No. 09–20116 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Lourdes Rodriguez, Houston, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

### PER CURIAM: *

The attorney appointed to represent Maximiano Santiago–Cruz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

(1967). Santiago–Cruz has filed a response. The record is insufficiently developed to allow consideration at this time of Santiago–Cruz's claim of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Santiago–Cruz's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Santiago–Cruz's motion to proceed pro se is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

the limited circumstances set forth in 5TH CIR. R. 47.5.4.